UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODRICK BRYANT,

      Plaintiff,                                           No. 19-12604

v.                                                             Hon. Nancy G. Edmunds

DETROIT THERMAL SYSTEMS (DTS), LLC,

      Defendant.
_____/

## ORDER DISMISSING PLAINTIFF'S STATE LAW CLAIMS

Plaintiff Rodrick Bryant filed suit against Defendant Detroit Thermal Systems, LLC in this Court on September 5, 2019. Plaintiff's complaint brings race discrimination and hostile work environment claims pursuant to both Title VII of the Civil Rights Act of 1964 and Michigan's Elliott-Larsen Civil Rights Act. On October 7, 2019, the Court issued an order giving Plaintiff ten days to properly plead the citizenship of Defendant if he chooses to rely on diversity jurisdiction as the Court's basis to hear his state law claims. (Dkt. 8.)

Plaintiff did not respond to the Court's order. Accordingly, the parties in this case appear to be nondiverse, and this Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims so as to avoid jury confusion. *See* 28 U.S.C. § 1367(c)(4); *Moor v. Cty. of Alameda*, 411 U.S. 693, 716 (1973); *Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994). Therefore, pursuant to 28 U.S.C. § 1367(c), Plaintiff's state law claims, including his claims of discrimination and hostile work environment in violation of Michigan's Elliott-Larsen Civil Rights Act

(Count II), are hereby DISMISSED WITHOUT PREJUDICE. The Court will retain jurisdiction over Plaintiff's federal claims only.

      SO ORDERED.

                        s/Nancy G. Edmunds
                        Nancy G. Edmunds
                        United States District Judge

Dated: October 23, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 23, 2019, by electronic and/or ordinary mail.

                        s/Lisa Bartlett
                        Case Manager